UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVEN JEROME BUTLER, | No. C 09-4588 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN FRANCISCO COUNTY SHERIFF'S DEPT FACILITY ADMINISTRATOR MEDICAL DIRECTOR; et al., | |
| Defendants. | |

On May 12, 2010, mail was sent to plaintiff at the county jail address he provided to the court and was returned undelivered on May 20, 2010, and marked "not in custody" and "return to sender." Plaintiff has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which requires that a party proceeding pro se must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when mail directed to a pro se party is returned as not deliverable and the pro se party fails to file a notice of his current address within sixty days of the return of the undelivered mail. For the foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the court informed of his address in compliance with Local Rule 3-11(a).

IT IS SO ORDERED.

Dated: July 29, 2010

_____
SUSAN ILLSTON
United States District Judge