1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8   KEVEN JEROME BUTLER,                    No. C 09-4588 SI (pr)

9            Plaintiff,                     **JUDGMENT**

10       v.

11  SAN FRANCISCO COUNTY
    SHERIFF'S DEPT FACILITY
12  ADMINISTRATOR MEDICAL
    DIRECTOR; et al.,
13
             Defendants.
14  _____/

15

16          This action is dismissed without prejudice because plaintiff failed to keep the court

17  informed of his current address.

18

19          IT IS SO ORDERED AND ADJUDGED.

20

21  Dated: July 29, 2010            _____
                                          SUSAN ILLSTON
22                                    United States District Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California